JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALVAREZ, JR., ) | Case No. CV 10-8284-SP |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: October 19, 2011

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE