JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALVAREZ, JR., <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br> Defendant. | Case No. CV 10-8284-SP <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: October 19, 2011

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE