The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUILLERMO ALVAREZ, JR., | ) CIVIL NO. CV 10-8284-SP |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| v. | ) ATTORNEY FEES PURSUANT TO |
| | ) 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND TWO HUNDRED DOLLARS ($3,200.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: January 17, 2012 _____/s/_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE